UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 18-cv-60043

Malcolm Campbell

    Plaintiff,

vs.

Donisi Jax, Inc. d/b/a Nationwide Health Advisors

    Defendant.

_____/

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

    In accordance with Local Rules 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Jeremy M. Glapion of the law firm of Glapion Law Firm, located at 1704 Maxwell Drive, Wall, NJ 07719, telephone number 732-455-9737, for purposes of appearance as co-counsel on behalf of Malcolm Campbell in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Jeremy M. Glapion to receive electronic filings in this case, at his email address jmg@glapionlaw.com, and in support thereof states as follows:

    1.    Jeremy M. Glapion is not admitted to practice in the Southern District of Florida and is a member in good standing of, among others, the bars of New Jersey and New York.

    2.    Movant, Bradford Rothwell Sohn, Esquire, of the law firm of The Brad Sohn Law Firm, PLLC, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic

filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Jeremy M. Glapion has made payment of this Court's $75 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Jeremy M. Glapion, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Jeremy M. Glapion at email address: jmg@glapionlaw.com

WHEREFORE, Bradford Rothwell Sohn, moves this Court to enter an Order Jeremy M. Glapion, to appear before this Court on behalf of Malcolm Campbell, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Jeremy M. Glapion.

Date: December 5, 2017                Respectfully submitted,


  s/ Bradford R. Sohn
Bradford R. Sohn
Fla. Bar No. 98788
brad@sohn.com
The Brad Sohn Law Firm PLLC
2600 South Douglas Road, Suite 1007
Coral Gables, Florida 33134
Tel: 786.708.9750
Fax: 305.397.0650
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 18-cv-60043

Malcolm Campbell

    Plaintiff,

vs.

Donisi Jax, Inc. d/b/a Nationwide Health Advisors

    Defendant.
_____/

## CERTIFICATION OF JEREMY M. GLAPION

Jeremy M. Glapion, Esquire, pursuant to Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of the bars of New Jersey and New York, including the District of New Jersey.

                                                                                            s/ Jeremy M. Glapion
                                                                                Jeremy M. Glapion

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice*, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings was served by the ECF filing system and was sent for service via a process server on January 12, 2018, on all counsel or parties of record on the service list.

Date: January 12, 2018                                         Respectfully submitted,


                                                                s/ Bradford R. Sohn
                                                                Bradford R. Sohn
                                                                Fla. Bar No. 98788
                                                                brad@sohn.com
                                                                The Brad Sohn Law Firm PLLC
                                                                2600 South Douglas Road, Suite 1007
                                                                Coral Gables, Florida 33134
                                                                Tel: 786.708.9750
                                                                Fax: 305.397.0650
                                                                Attorney for Plaintiff

**Case No.: 18-cv-60043**

**<u>SERVICE LIST</u>**

Donisi Jax, Inc.
c/o DONISI, CHARLES
255 South Tradewinds Avenue
Lauderdale by the Sea, FL 33308

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 18-cv-60043**

Malcolm Campbell

    Plaintiff,

vs.

Donisi Jax, Inc. d/b/a Nationwide Health Advisors

    Defendant.

_____/

**ORDER GRANTING MOTION TO APPEAR**
***PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Jeremy M. Glapion, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. Jeremy M. Glapion, may appear and participate in this action on behalf of Plaintiff Malcolm Campbell. The Clerk shall provide electronic notification of all electronic filings to Jeremy M. Glapion, at jmg@glapionlaw.com.

DONE AND ORDERED in Chambers at _____, Florida, this ___ day of _____.

                                                                             United States District Judge

Copies furnished to: All Counsel of Record