**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| **MALCOLM CAMPBELL**, individually and on behalf of all others similarly situated,<br><br>           Plaintiff,<br><br>v.<br><br>**DONISI JAX, INC. d/b/a NATIONWIDE HEALTH ADVISORS**<br><br>           Defendant. | Civil Case No.: 18-cv-60043 |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

Pursuant to F.R.C.P. 41(a)(1)(A)(ii) of the Federal Rules of Civil procedure, Plaintiff Malcolm Campbell, through his counsel, hereby gives notice that the above-captioned action is dismissed with prejudice and without costs to either party.

Dated: February 28, 2018                    */s/ Jeremy M. Glapion*_____

                                                         Jeremy M. Glapion
                                                         **THE GLAPION LAW FIRM, LLC**
                                                         1704 Maxwell Drive
                                                         Wall, New Jersey 07719
                                                         Tel: 732.455.9737
                                                         Fax: 732.709.5150

                                                         Attorney for Plaintiff


                                                         */s/ Andrew N. Cove*_____

                                                         Andrew N. Cove
                                                         **COVE LAW, P.A.**
                                                         225 South 21st Avenue
                                                         Hollywood, Florida 33020
                                                         Tel: 954.921.1121
                                                         Fax: 954.921.1621

                                                         Attorney for Defendant